### United States District Court
### District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

September 3, 2020

MEMORANDUM TO COUNSEL

  Re: *Kissinger v. Sanders Morris Harris LLC*
     Civil Action No. ELH-20-1813

Dear Counsel:

  As you know, on June 12, 2020, Edward William Kissinger filed suit against Sanders Morris Harris LLC ("Sanders"), pursuant to the Federal Arbitration Act. ECF 1 (the "Petition"). He seeks to confirm an arbitration award entered by the arbitration panel in a Financial Industry Regulatory Authority ("FINRA") arbitration, *Edward William Henry Kissinger vs. Sanders Morris Harris LLC*, FINRA Case No. 19-02211.

  On September 1, 2020, the parties jointly filed a "Stipulation in Lieu of Answer." ECF 4. The parties state that the petitioner "does not assert any claims against" the respondent, and that the respondent "does not intend to file an Answer." *Id.* It would appear that there is no ongoing case or controversy. And, the parties do not make clear what relief they are seeking from the Court.

  Article III of the Constitution limits judicial power to "actual, ongoing cases or controversies." *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990) (citations omitted). Therefore, during the pendency of a case, an actual controversy must exist.

  Accordingly, the parties are directed to submit a status report by **September 21, 2020**, clarifying the posture of the case, to include the identification of a case or controversy.

  Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

      Very truly yours,

       /s/

      Ellen Lipton Hollander
      United States District Judge