### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

September 28, 2020

MEMORANDUM TO COUNSEL

Re:     *Kissinger v. Sanders Morris Harris LLC*
        Civil Action No. ELH-20-1813

Dear Counsel:

As you know, on June 12, 2020, Edward William Kissinger filed suit against Sanders Morris Harris LLC ("Sanders"), pursuant to the Federal Arbitration Act.  ECF 1 (the "Petition"). He seeks to confirm an arbitration award entered by the arbitration panel in a Financial Industry Regulatory Authority ("FINRA") arbitration, *Edward William Henry Kissinger vs. Sanders Morris Harris LLC*, FINRA Case No. 19-02211.

On September 18, 2020, the plaintiff filed a status report (ECF 6) in response to the Court's Order dated September 3, 2020 (ECF 5).  Plaintiff requests the confirmation of the arbitration award and notes that the "relief requested has been stipulated to by the parties in this case."  *Id.*  Therefore, it appears the case is ripe for review and final judgment.

Accordingly, by **October 16, 2020**, counsel shall submit a proposed order for the Court's consideration.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

_____/s/_____

Ellen Lipton Hollander
United States District Judge